NOTICE OF APPEAL
UNITED STATES DISTRICT COURT
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: **1:25-cr-00014-AMD-1** |
| -v- | **Honorable Ann M. Donnelly** |
| **Svetlana Dali** | (District Court Judge) |

Notice is hereby given that Svetlana Dali appeals to the United States Court of Appeals for the Second Circuit from the: ☒ **Judgment**   ☐ **Order**   ☐ **Other**: **Sentencing** (specify)

entered in this action on **7/14/2024**.

Offense occurred after November 1, 1987: ☒ Yes   ☐ No

The appeal concerns: ☒ Conviction & Sentence Only   ☐ Conviction Only   ☐ Sentence Only

Date: **July 16, 2025**   **Barry D. Leiwant, Esq.**
(Counsel for Appellant)

TO: **Brooke Theodora, Esq.**   Address: **Federal Defenders of New York, Inc.**
Assistant United States Attorney   **52 Duane Street - 10th Floor**
   **New York, NY 10007**

From: **Svetlana Dali**
Reg. No. 00056-506   Tel. No.: **(212) 417-8700**
**Michael K. Schneider, Esq.**
Of Counsel

---

**(TO BE COMPLETED BY ATTORNEY)**   **TRANSCRIPT INFORMATION - FORM B**

➤ **QUESTIONNAIRE**   ➤ **TRANSCRIPT ORDER** ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPTS IS REQUIRED (INCLUDE DATE).

**Prepare transcript of**   (Dates)

☒ I am ordering a transcripts
☐ I am not ordering a transcript
  Reason:
☐ Daily copy is available
☐ U. S. Attorney has placed order
☐ Other: Attach explanation:

☒ **Sentencing**   7/10/2025
☐ Trial
☐ Order
☐ Plea hearing

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)) ➤   Method of payment ☐ Funds   ☐ CJA Form 24   ☒ Federal Defenders of New York, Inc.

Attorney's Signature:   Date: **July 16, 2024**
*Michael Schneider, esq* (cr)

---

➤ **COURT REPORTER ACKNOWLEDGMENT**   To be completed by Court Reporter and forward to Court of Appeals

| Date order received: | Estimated Completion Date: | Estimated # of Pages: |
|---|---|---|
| | | |

Date _____   Signature _____
(Court Reporter)

CLOSED,APPEAL,MJSELECT−LB

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:25−cr−00014−AMD All Defendants

Case title: USA v. Dali

Magistrate judge case number: 1:24−mj−00645−RML

Date Filed: 01/13/2025

Date Terminated: 07/14/2025

Assigned to: Judge Ann M. Donnelly

**Defendant (1)**

| | |
|---|---|
| **Svetlana Dali**<br>*TERMINATED: 07/14/2025* | represented by **Michael K. Schneider**<br>Federal Defenders of New York, Inc.<br>One Pierrepont Plaza, 16th Floor<br>Brooklyn, NY 11201<br>718−330−1200<br>Fax: 718−855−0760<br>Email: michael_schneider@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2199, 2199(1), and 3551 et seq.− STOWAWAY ON AN AIRCRAFT<br>(1) | Time served. One year supervised release. $100 special assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2199.F | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Brooke Theodora**<br>DOJ−USAO<br>U.S. Attorney's Office<br>Eastern District of New York |

271 Cadman Plaza East
Brooklyn, NY 11201
718–254–6342
Email: brooke.theodora@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2024 | 1 | COMPLAINT as to Svetlana Dali (1). (DW) [1:24–mj–00645–RML] (Entered: 12/05/2024) |
| 12/05/2024 | | Minute Entry for proceedings held before Magistrate Judge Robert M. Levy:Arraignment as to Svetlana Dali (1) Count Complaint held on 12/5/2024, Attorney Appointment Hearing as to Svetlana Dali held on 12/5/2024, Initial Appearance as to Svetlana Dali held on 12/5/2024. AUSA Brooke Theodora present. Defendant present with FDNY Michael Schneider. Russian Interpreter Isabella Avrutin present. Government agent sworn on the record. Defendant arraigned on the complaint. Preliminary hearing waived by the defendant. Defense counsel requested a bail hearing for 12/6/2024 at 2pm in courtroom 2A. TOD entered until 12/6/2024. Rule 5F warnings given to the government. (FTR Log #3:46–3:57 12/5/2024.) (DW) [1:24–mj–00645–RML] (Entered: 12/05/2024) |
| 12/05/2024 | 2 | TEMPORARY COMMITMENT Issued as to Svetlana Dali (DW) [1:24–mj–00645–RML] (Entered: 12/05/2024) |
| 12/05/2024 | 3 | CJA 23 Financial Affidavit by Svetlana Dali (DW) [1:24–mj–00645–RML] (Entered: 12/05/2024) |
| 12/06/2024 | | Minute Entry for proceedings held before Magistrate Judge Joseph A. Marutollo : Bail Hearing as to Svetlana Dali held on 12/6/2024 (FTR Log #3–09–3:53.). AUSA Brooke Theodora present. Defendant present with counsel Michael Schneider. Russian int. Isabella Arutini. The Court contacted third–party Mr. Silouan Mathew during the conference.<br><br>As noted on the record, the Government did not seek detention. Instead, the Government requested GPS monitoring as part of Defendant's conditions of release, as GPS monitoring would reasonably assure Defendant's presence in court. Defendant requested ROR without GPS monitoring.<br><br>Consistent with United States v. Sabhnani, 493 F.3d 63 (2d Cir. 2007) (Raggi, J.), and in light of the Government's position, the Court ruled in favor of the Government and permitted Defendant to be released subject to multiple conditions. These conditions include, inter alia, that Defendant: (1) be subject to GPS monitoring; (2) abide by a curfew at the assigned residence as directed by Pretrial Services; (3) report to Pretrial Services as directed; (4) be restricted to travel to the Eastern District of New York, the Southern District of New York, and the Eastern District of Pennsylvania for court purposes; (5) surrender all travel documents (including passports) and be precluded from applying for any new travel documents; (6) submit to random home and/or employment visits by Pretrial Services; (7) be precluded from entering any airports; (8) submit to a mental health evaluation and treatment as directed by Pretrial Services; (9) maintain a residence, as approved by Pretrial Services; and (10) abide by all other conditions, as set forth in the Court's order. See Sabhnani, 493 F.3d at 64 ("The government's ability to identify such conditions [that could adequately assure defendants' presence at trial] and the defendants' willingness to accede to them preclude a conclusion in this case that no conditions of release would reasonably assure the defendants' presence at trial").<br>Defendant was given bail warnings and signed bond. (SMY) Modified on 12/7/2024 (JAM). [1:24–mj–00645–RML] (Entered: 12/06/2024) |
| 12/06/2024 | 4 | ORDER Setting Conditions of Release as to Svetlana Dali (1) ROR. Ordered by Magistrate Judge Joseph A. Marutollo on 12/6/2024. (SMY) [1:24–mj–00645–RML] (Entered: 12/09/2024) |

| | | |
|---|---|---|
| 12/06/2024 | 5 | REDACTED ROR bond as to Svetlana Dali to 4 1 – Order Setting Conditions of Release (SMY) [1:24–mj–00645–RML] (Entered: 12/09/2024) |
| 12/17/2024 | | SCHEDULING ORDER as to Svetlana Dali – Consistent with the Court's December 17, 2024 order in the Western District of New York (Roemer, M.J.), a violation hearing will be held on December 20, 2024 at 2:30 p.m. before Magistrate Judge Marutollo. As noted in Magistrate Judge Roemer's December 17, 2024 order, the U.S. Marshals are directed to immediately transport Defendant to the Eastern District of New York to ensure that she will appear at the December 20, 2024 hearing. The courtroom location will be set forth in a separate order.Signed by Magistrate Judge Joseph A. Marutollo on 12/17/2024. (JAM) [1:24–mj–00645–RML] (Entered: 12/17/2024) |
| 12/18/2024 | | SCHEDULING ORDER as to Svetlana Dali – The bail violation hearing previously scheduled to be held on December 20, 2024 at 2:30 p.m. is hereby rescheduled to January 6, 2025 at 2:30 p.m. before Magistrate Judge Marutollo. The U.S. Marshals are further directed to promptly transport Defendant to the Eastern District of New York to ensure that she will appear at the January 6, 2025 hearing. The courtroom location will be set forth in a separate order.Signed by Magistrate Judge Joseph A. Marutollo on 12/18/2024. (JAM) [1:24–mj–00645–RML] (Entered: 12/18/2024) |
| 12/20/2024 | 8 | TRANSCRIPT of Proceedings as to Svetlana Dali held on December 5, 2024, before Judge Levy. Court Reporter/Transcriber Transcriptions Plus II, Inc.. Email address: rl.transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 1/10/2025. Redacted Transcript Deadline set for 1/20/2025. Release of Transcript Restriction set for 3/20/2025. (LH) [1:24–mj–00645–RML] (Entered: 12/20/2024) |
| 12/20/2024 | 9 | TRANSCRIPT of Proceedings as to Svetlana Dali held on December 6, 2024, before Judge Marutollo. Court Reporter/Transcriber Transcriptions Plus II, Inc.. Email address: rl.transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 1/10/2025. Redacted Transcript Deadline set for 1/20/2025. Release of Transcript Restriction set for 3/20/2025. (LH) [1:24–mj–00645–RML] (Entered: 12/20/2024) |
| 12/23/2024 | | SCHEDULING ORDER as to Svetlana Dali – The bail violation hearing previously scheduled to be held on January 6, 2025 at 2:30 p.m. is sua sponte rescheduled to December 30, 2024 at 11:00 a.m. before Magistrate Judge Marutollo. The hearing will occur in Courtroom 2A. The U.S. Marshals are further directed to promptly transport Defendant to the Eastern District of New York to ensure that she will appear at the December 30, 2024 hearing. Signed by Magistrate Judge Joseph A. Marutollo on 12/23/2024. (JAM) [1:24–mj–00645–RML] (Entered: 12/23/2024) |
| 12/30/2024 | | SCHEDULING ORDER as to Svetlana Dali – The bail violation hearing scheduled for December 30, 2024 has been adjourned. A new date for the bail violation hearing will be scheduled in a separate order. Signed by Magistrate Judge Joseph A. Marutollo on 12/30/2024. (JAM) [1:24–mj–00645–RML] (Entered: 12/30/2024) |
| 01/08/2025 | | SCHEDULING ORDER as to Svetlana Dali – The bail violation hearing will occur on January 15, 2025 at 11:00 a.m. before Magistrate Judge Marutollo in Courtroom 2A. Signed by Magistrate Judge Joseph A. Marutollo on 1/8/2025. (JAM) [1:24–mj–00645–RML] (Entered: 01/08/2025) |
| 01/13/2025 | 10 | INDICTMENT as to Svetlana Dali (1) count(s) 1. (Attachments: # 1 Criminal Information Sheet) (RG) (Additional attachment(s) added on 1/13/2025: # 2 Indictment with foreperson signature) (RG). (Entered: 01/13/2025) |
| 01/15/2025 | 11 | OPINION AND ORDER – For the reasons set forth in the attached Opinion and Order, the Court grants the Government's motion and enters a permanent order of detention.Signed by Magistrate Judge Joseph A. Marutollo on 1/15/2025. (JAM) (Entered: 01/15/2025) |

| | | |
|---|---|---|
| 01/15/2025 | 12 | Minute Entry for proceedings held before Magistrate Judge Joseph A. Marutollo:Arraignment as to Svetlana Dali (1) Count 1 held on 1/15/2025, Plea entered by Svetlana Dali Not Guilty on counts 1. ( Status Conference set for 3/5/2025 at 02:30 PM before Judge Ann M. Donnelly.) Bond revoked. Order of detention entered. (RG) (Entered: 01/15/2025) |
| 01/15/2025 | 13 | ORDER OF DETENTION as to Svetlana Dali. ( Ordered by Magistrate Judge Joseph A. Marutollo on 1/15/2025 ) (RG) (Entered: 01/15/2025) |
| 01/15/2025 | 14 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations as to Svetlana Dali. ( Ordered by Magistrate Judge Joseph A. Marutollo on 1/15/2025 ) (RG) (Entered: 01/15/2025) |
| 01/15/2025 | 15 | ORDER TO CONTINUE – Ends of Justice as to Svetlana Dali Time excluded from 1/15/25 until 3/5/25. ( Ordered by Magistrate Judge Joseph A. Marutollo on 1/15/2025 ) (RG) (Entered: 01/16/2025) |
| 02/10/2025 | | RESCHEDULING ORDER as to Svetlana Dali. Due to a change in the Courts schedule, the status conference set for 3/5/2025 is reset to 3/12/2025 at 2:30 p.m., in Courtroom 4G. Ordered by Judge Ann M. Donnelly on 2/10/2025. (DG) (Entered: 02/10/2025) |
| 02/26/2025 | 16 | Letter *requesting discovery* as to Svetlana Dali (Schneider, Michael) (Entered: 02/26/2025) |
| 03/06/2025 | 17 | Letter *regarding discovery* as to Svetlana Dali (Theodora, Brooke) (Entered: 03/06/2025) |
| 03/12/2025 | | Minute Entry for proceedings held before Judge Ann M. Donnelly: Status Conference as to Svetlana Dali held on 3/12/2025. Appearances by AUSA Brooke Theodora and Michael Schneider for defendant Dali (present in custody). Isabelle Avrutin, Russian interpreter present and sworn. Case called. Discussion held. Next status conference set for 4/22/2025 at 10:00 a.m., in Courtroom 4G North. Time excluded in the interest of justice from 3/12/2025 until 4/22/2025 so that counsel can review the plea agreement with his client, and so that he can make the arrangements to have the appropriate examinations done. (Court Reporter Andronikh Barna.) (DG) (Entered: 03/12/2025) |
| 04/04/2025 | 18 | TRANSCRIPT of Proceedings as to Svetlana Dali held on January 15, 2025, before Judge Marutollo. Court Transcriber: Fiore Reporting and Transcription Service, Inc.. Email address: cmfiore@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 4/25/2025. Redacted Transcript Deadline set for 5/5/2025. Release of Transcript Restriction set for 7/3/2025. (RC) (Entered: 04/04/2025) |
| 04/22/2025 | | Minute Entry for proceedings held before Judge Ann M. Donnelly: Status Conference as to Svetlana Dali held on 4/22/2025. Appearances by AUSA Brooke Theodora and Michael Schneider for defendant Dali (present in custody). Sanjar Babadjanov, Russian interpreter present and sworn. Case called discussion held. Jury Selection and Trial set for 5/19/2025 at 9:30 a.m. The parties consent to have a Magistrate Judge preside over the jury selection.<br><br>Motion in limine are due 5/5/2025 and oppositions are due 5/12/2025. Replies, if any, are due by 5:00 pm on 5/14/2025. Parties joint request to charge, voir dire, and proposed verdict sheet are due 5/12/2025. The Final Pretrial Conference is set for 5/15/2025 at 10:00 a.m., in Courtroom 4G North. Time excluded in the interest of justice from 4/22/2025 until 5/19/2025 so that the parties can prepare for trial and continue to try to come to a resolution. (Court Reporter Kristi Cruz.) (DG) (Entered: 04/22/2025) |
| 04/22/2025 | | SCHEDULING ORDER as to Svetlana Dali: This matter has been referred to Magistrate Judge Joseph A. Marutollo for jury selection. A pre−trial conference will be held before Magistrate Judge Marutollo on May 14, 2025, at 2:15 p.m. to review the parties' proposed voir dire and the protocol for jury selection. The courtroom location |

| | | |
|---|---|---|
| | | for this conference will be entered in a separate order. As noted in the Court's April 22, 2025 order, the parties shall file their respective proposed voir dire questions by May 12, 2025. The parties shall also file a joint letter containing the names of all persons, entities, and locations that the parties expect to be mentioned during the trial by May 12, 2025.Signed by Magistrate Judge Joseph A. Marutollo on 4/22/2025. (JAM) (Entered: 04/22/2025) |
| 04/23/2025 | | ORDER – The Court amends its April 22, 2025 order as follows: By 5 p.m. on May 12, 2025, the parties shall file a single joint letter with their proposed voir dire questions. In the same joint letter, the parties shall propose a short case description that the Court will present to the prospective jury during jury selection. Additionally, in the same joint letter, the parties shall identify the names of all persons, entities, and locations that the parties expect to be mentioned during the trial. Ordered by Magistrate Judge Joseph A. Marutollo on 4/23/2025. (EG) (Entered: 04/23/2025) |
| 04/23/2025 | | ORDER: The pre–trial conference scheduled for May 14, 2025 at 2pm will take place in Courtroom 6F North. The jury selection scheduled for May 19, 2025 will occur in Courtroom 4G North. Ordered by Magistrate Judge Joseph A. Marutollo on 4/23/2025. (EG) (Entered: 04/24/2025) |
| 05/04/2025 | 19 | Letter *request for leave to file memorandum exceeding the page limit* as to Svetlana Dali (Theodora, Brooke) (Entered: 05/04/2025) |
| 05/05/2025 | | ORDER: The Court has received 19 the government's request to file excess pages. That request is granted; both parties may file memoranda of law up to 35 pages in support of their pre–trial motions. Should either party wish to file an opposition brief in excess of 25 pages, it must file that request by May 8, 2025. Ordered by Judge Ann M. Donnelly on 5/5/2025. (AB) (Entered: 05/05/2025) |
| 05/05/2025 | 20 | MOTION in Limine by USA as to Svetlana Dali. (Theodora, Brooke) (Entered: 05/05/2025) |
| 05/05/2025 | 21 | REDACTION by USA as to Svetlana Dali to 20 MOTION in Limine filed by USA (Theodora, Brooke) (Entered: 05/05/2025) |
| 05/06/2025 | 22 | MOTION to Continue by Svetlana Dali. (Schneider, Michael) (Entered: 05/06/2025) |
| 05/06/2025 | | ORDER granting 22 Motion to Continue as to Svetlana Dali (1). The Pretrial Conference set for 5/15/2025 is reset to 5/14/2025 at 10:30 a.m., in Courtroom 4G North. The government must file its reply to the defendant's opposition to the motions in limine by 5:00 p.m. on 3/13/2025. Ordered by Judge Ann M. Donnelly on 5/6/2025. (DG) (Entered: 05/06/2025) |
| 05/07/2025 | 23 | Letter *regarding supplemental discovery* as to Svetlana Dali (Theodora, Brooke) (Entered: 05/07/2025) |
| 05/12/2025 | 24 | RESPONSE to Motion re 20 MOTION in Limine (Schneider, Michael) (Entered: 05/12/2025) |
| 05/12/2025 | | ORDER as to Svetlana Dali – On April 23, 2025, the Court directed the parties to file, by 5:00 p.m. on May 12, 2025, a joint letter containing: proposed *voir dire* questions; a short case description for presentation to the prospective jury during jury selection; and a list containing the names of all persons, entities, and locations that the parties expect to be mentioned during the trial. See April 23, 2025 Text Order. No such letter has been filed.<br><br>The parties shall file, by 10:00 a.m. on May 13, 2025, a letter in accordance with the Court's April 23, 2025 Text Order. In such letter, the parties shall explain their failure to abide by the Court's April 23, 2025 Text Order. Failure to comply with Court orders may result in the imposition of sanctions.Signed by Magistrate Judge Joseph A. Marutollo on 5/12/2025. (JAM) (Entered: 05/12/2025) |
| 05/12/2025 | | ORDER as to Svetlana Dali: The Court reminds the parties that, separate from the 10:30 a.m. pre–trial conference before Judge Donnelly on May 14, 2025, a pre–trial conference related to jury selection will occur before Magistrate Judge Marutollo at 2 p.m. on May 14, 2025 in Courtroom 6F North. See Text Orders dated April 22–23, 2025. The Government shall ensure that a Russian interpreter is present for both conferences.Signed by Magistrate Judge Joseph A. Marutollo on 5/12/2025. (JAM) |

| | | (Entered: 05/12/2025) |
|---|---|---|
| 05/12/2025 | 25 | Letter *re: Joint Proposed Voir Dire Questions and List of Persons, Entities, and Locations* as to Svetlana Dali (Theodora, Brooke) (Entered: 05/12/2025) |
| 05/12/2025 | 26 | Proposed Jury Instructions/Verdict Form by USA as to Svetlana Dali (Theodora, Brooke) (Entered: 05/12/2025) |
| 05/12/2025 | 27 | Proposed Jury Instructions/Verdict Form by USA as to Svetlana Dali (Theodora, Brooke) (Entered: 05/12/2025) |
| 05/12/2025 | 28 | Proposed Voir Dire by USA as to Svetlana Dali (Theodora, Brooke) (Entered: 05/12/2025) |
| 05/12/2025 | 29 | Letter *regarding supplemental discovery* as to Svetlana Dali (Theodora, Brooke) (Entered: 05/12/2025) |
| 05/13/2025 | 30 | REPLY TO RESPONSE to Motion re 20 MOTION in Limine (Theodora, Brooke) (Entered: 05/13/2025) |
| 05/13/2025 | 31 | Letter *re: Giglio Notice and Motion* as to Svetlana Dali (Theodora, Brooke) (Entered: 05/13/2025) |
| 05/14/2025 | 32 | MOTION in Limine *to allow defendant to change into clothing appropriate for trial* by Svetlana Dali. (Attachments: # 1 Proposed Order) (Schneider, Michael) (Entered: 05/14/2025) |
| 05/14/2025 | | Minute Entry for proceedings held before Magistrate Judge Joseph A. Marutollo: A status conference regarding jury selection was held on May 14, 2025 before Magistrate Judge Marutollo. Assistant United States Attorneys Brooke Theodora and Erik Paulsen and Defendant's attorney Michael Schneider present. Defendant Dali present and in custody. Isabelle Avrutin, Russian interpreter present and sworn. Case called. Discussion held. (Court Reporter Stacy Mace.) (EG) (Entered: 05/14/2025) |
| 05/14/2025 | | Minute Entry for proceedings held before Judge Ann M. Donnelly: Final Pretrial Conference as to Svetlana Dali held on 5/14/2025. Appearances by AUSA Brooke Theodora and AUSA Eric Paulsen. Michael Schneider for defendant Dali (present in custody). Isbella Aurutin, Russian interpreter present and sworn. Case called. Discussion held. For the reasons stated on the record the 22 motion in limine are granted in part and denied in part. (Court Reporter Jamie Stanton.) (DG) (Entered: 05/14/2025) |
| 05/14/2025 | 33 | ORDER as to Svetlana Dali (1). The U.S. Marshal Service are to permit Svetlana Dali to change from her prison–issued clothing into appropriate clothing for trial prior to the commencement of trial on Monday, May 19, 2023 and each day thereafter until the end of the trial of this matter. The trial clothing will remain in the custody of defense counsel or his staff when not under the control of the Marshals or being worn by Ms. Dali. Ordered by Judge Ann M. Donnelly on 5/14/2025. (DG) (Entered: 05/14/2025) |
| 05/14/2025 | 34 | Letter *re: Trial Exhibits List* as to Svetlana Dali (Theodora, Brooke) (Entered: 05/14/2025) |
| 05/15/2025 | 35 | Refusal of Magistrate Judge Jurisdiction as to Svetlana Dali (Schneider, Michael) (Entered: 05/15/2025) |
| 05/15/2025 | | RESCHEDULING ORDER as to Svetlana Dali. Jury selection, originally scheduled for May 19, 2025, before Judge Marutollo has been rescheduled to May 20, 2025, at 9:30 a.m. before Judge Donnelly. The trial will commence immediately following jury selection. Ordered by Judge Ann M. Donnelly on 5/15/2025. (DG) (Entered: 05/15/2025) |
| 05/18/2025 | 36 | Letter *motion in limine regarding business record* as to Svetlana Dali (Attachments: # 1 Exhibit 1) (Theodora, Brooke) (Entered: 05/18/2025) |
| 05/19/2025 | | ORDER granting 36 Motion in Limine. The government moves in limine to introduce a business record and represents that the defendant does not object to the motion. Accordingly, the motion is granted and the Court will admit the record into evidence. Ordered by Judge Ann M. Donnelly on 5/19/2025. (AB) (Entered: 05/19/2025) |

| | | |
|---|---|---|
| 05/19/2025 | 37 | Proposed Jury Instructions/Verdict Form by Svetlana Dali (Schneider, Michael) (Entered: 05/19/2025) |
| 05/20/2025 | 38 | Proposed Jury Instructions/Verdict Form by Svetlana Dali (Schneider, Michael) (Entered: 05/20/2025) |
| 05/20/2025 | | Minute Entry for proceedings held before Judge Ann M. Donnelly: Jury selection and Trial held 5/20/2025. Appearances by AUSA Brooke Theodora and AUSA Erik Paulsen. Michael Schneider for defendant Svetlana Dali (present in custody). Russian interpreters Isabelle Avrutin and Val Bochner present and sworn. Voir dire held and completed. Jury empaneled. Opening statements made. Witnesses sworn and testified. Exhibits marked and entered into evidence. Jury Trial continued to 5/21/2025 at 9:30 a.m., in Courtroom 4G North. (Court Reporter Anthony Frisolone.) (DG) (Entered: 05/21/2025) |
| 05/21/2025 | | Minute Entry for proceedings held before Judge Ann M. Donnelly: Jury Trial as to Svetlana Dali held on 5/21/2025. Appearances by AUSA Brooke Theodora and AUSA Erik Paulsen. Michael Schneider for defendant Svetlana Dali (present in custody). Russian interpreter Isabelle Avrutin present and previously sworn. Russian interpreter Sanjar Babadjanor present and sworn. Witnesses sworn, exhibits marked into evidence. Government rests. For the reasons stated on the record, the defendant's Rule 29 motion is denied. Defendant sworn and testified. Defense rests. For the reasons stated on the record, the defendant's renewed rule 29 motion is denied. Jury Trial continued to 5/22/2025 at 9:30 a.m., in Courtroom 4G North.(Court Reporter Rivka Teich.) (DG) (Entered: 05/22/2025) |
| 05/22/2025 | | Minute Entry for proceedings held before Judge Ann M. Donnelly: Jury Trial as to Svetlana Dali held on 5/22/2025. Appearances by AUSA Brooke Theodora and AUSA Erik Paulsen. Michael Schneider for defendant Svetlana Dali (present in custody). Russian interpreters Isabelle Avrutin and Val Bochner present and previously sworn. Summations heard. Jury charged. U.S. Marshal sworn. Deliberation begun and completed. Verdict reached. Jurors excused with the thanks of the Court. Sentencing submissions due on or before May 28, 2025. (Court Reporter Anthony Frisolone.) (DG) (Entered: 05/22/2025) |
| 05/22/2025 | 39 | Jury Instructions as to Svetlana Dali marked Court Exhibit 1. (DG) (Entered: 05/22/2025) |
| 05/22/2025 | 40 | JURY VERDICT as to Svetlana Dali (1) Guilty on Count 1. Verdict sheet marked Court Exhibit 2. (DG) (Entered: 05/22/2025) |
| 05/22/2025 | 41 | Jury Notes as to Svetlana Dali marked Court exhibit 3. (DG) (Entered: 05/22/2025) |
| 05/22/2025 | 42 | Order of Sustenance to jurors during deliberations. Ordered by Judge Ann M. Donnelly on 5/22/2025. (DG) (Entered: 05/22/2025) |
| 05/27/2025 | 43 | MOTION to Expedite *sentencing* by Svetlana Dali. (Attachments: # 1 Exhibit A) (Schneider, Michael) (Entered: 05/27/2025) |
| 05/28/2025 | 44 | RESPONSE to Motion re 43 MOTION to Expedite *sentencing* (Theodora, Brooke) (Entered: 05/28/2025) |
| 05/30/2025 | 45 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Svetlana Dali held on 5/20/2025, for hearing type trial, before Judge Donnelly. Court Reporter/Transcriber Anthony D. Frisolone, Telephone number 718 613 2487. Email address: anthony.frisolone@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 6/20/2025. Redacted Transcript Deadline set for 6/30/2025. Release of Transcript Restriction set for 8/28/2025. (Frisolone, Anthony) (Entered: 05/30/2025) |
| 05/30/2025 | 46 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Svetlana Dali held on 5/22/2025, for hearing type trial, before Judge Donnelly. Court Reporter/Transcriber Anthony D. Frisolone, Telephone number 718 613 2487. Email address: anthony.frisolone@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for |

| | | |
|---|---|---|
| | | Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 6/20/2025. Redacted Transcript Deadline set for 6/30/2025. Release of Transcript Restriction set for 8/28/2025. (Frisolone, Anthony) (Entered: 05/30/2025) |
| 06/06/2025 | 47 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Svetlana Dali held on 3/12/2025, for hearing type Status Conference, before Judge Ann M. Donnelly. Court Reporter/Transcriber Andronikh Barna, Telephone number 718–613–2178. Email address: ambarna.crr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 6/27/2025. Redacted Transcript Deadline set for 7/7/2025. Release of Transcript Restriction set for 9/4/2025. (Barna, Andronikh) (Entered: 06/06/2025) |
| 06/11/2025 | | SCHEDULING ORDER as to Svetlana Dali. Sentencing set for 7/7/2025 at 11:00 a.m., in Courtroom 4G North. Ordered by Judge Ann M. Donnelly on 6/11/2025. (DG) (Entered: 06/11/2025) |
| 06/12/2025 | 48 | Letter undated from Svetlana Dali, defendant re: various requests, requesting to be taken to hospital, requesting transcripts, regarding attorney. (RG) (Entered: 06/12/2025) |
| 06/13/2025 | | SCHEDULING ORDER as to Svetlana Dali. The Court has received 48 the defendant's letter, in which the defendant alleges that she was assaulted at the Metropolitan Detention Center and requests new counsel. The Court respectfully directs the defendant's counsel to file a letter by June 20, 2025, responding to the defendant's letter and stating his position on whether the Court should appoint new counsel. Ordered by Judge Ann M. Donnelly on 6/13/2025. (AB) (Entered: 06/13/2025) |
| 06/13/2025 | 49 | MOTION for Medical Exam by Svetlana Dali. (Schneider, Michael) (Entered: 06/13/2025) |
| 06/17/2025 | | ORDER granting in part and denying in part 49 Motion for Medical Exam as to Svetlana Dali (1). The Court has received the defendant's request for various medical examinations, including a blood test performed by mass spectrometry and a bioresonance test. The Court is not able to make an informed determination on the feasibility or suitability of these tests. Instead, the Court directs the Bureau of Prisons to conduct a full medical examination of the defendant and to determine what, if any, testing is necessary or appropriate. If the medical professional determines that additional testing is appropriate, the Court directs the Bureau of Prisons to conduct that testing as soon as practicable. Ordered by Judge Ann M. Donnelly on 6/17/2025. (AB) (Entered: 06/17/2025) |
| 06/20/2025 | 50 | Letter *responding to the Court's order of June 13, 2025* as to Svetlana Dali (Schneider, Michael) (Entered: 06/20/2025) |
| 06/20/2025 | | SCHEDULING ORDER as to Svetlana Dali. The sentencing set for July 7, 2025 is reset for July 10, 2025 at 10:30 a.m., in Courtroom 4G North. The defendant's sentencing memorandum is due by 5:00 p.m. on July 7, 2025. The government's sentencing memorandum is due by July 8, 2025. Ordered by Judge Ann M. Donnelly on 6/20/2025. (AB) (Entered: 06/20/2025) |
| 07/06/2025 | 52 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Svetlana Dali (Schneider, Michael) (Entered: 07/06/2025) |
| 07/07/2025 | 53 | SENTENCING MEMORANDUM by Svetlana Dali (Schneider, Michael) (Entered: 07/07/2025) |
| 07/08/2025 | 54 | SENTENCING MEMORANDUM by USA as to Svetlana Dali (Theodora, Brooke) (Entered: 07/08/2025) |
| 07/08/2025 | 55 | REDACTION by USA as to Svetlana Dali to 54 1 – Sealed Document CR, Sentencing Memorandum filed by USA (Theodora, Brooke) (Entered: 07/08/2025) |

| | | |
|---|---|---|
| 07/10/2025 | | Minute Entry for proceedings held before Judge Ann M. Donnelly: Sentencing held on 7/10/2025 for Svetlana Dali (1). Appearances by AUSA Brooke Theodora and AUSA Eric Paulsen. Michael Schneider for defendant Dali (present in custody). Probation Officer Jeremy Toner present. Isabella Avrutin, Russian interpreter present. Case called. Defense counsel, the government, and defendant made statements. Defendant sentence on Count(s) 1 to time served, one year supervised release, and $100 special assessment. Defendant informed of right to appeal. (Court Reporter Jamie Stanton.) (DG) (Entered: 07/14/2025) |
| 07/14/2025 | 57 | JUDGMENT as to Svetlana Dali (1). Defendant Svetlana Dali was sentencing on Count(s) 1 to time served, one year supervised release, and $100 special assessment. Ordered by Judge Ann M. Donnelly on 7/11/2025. (DG) (Entered: 07/14/2025) |
| 07/16/2025 | 58 | NOTICE OF APPEAL by Svetlana Dali (Schneider, Michael) (Entered: 07/16/2025) |